IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

OSBORNE PARNELL BENNETT, JR.,    )
                                 )
             Plaintiff,          )
                                 )
      v.                         )         1:25-cv-737
                                 )
DETECTIVE J. CRAMMER, and        )
MAGISTRATE WILLIAM BAGG, II,     )
                                 )
             Defendants.         )

**ORDER**

On September 19, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 19th day of March, 2026.

_____
United States District Judge

- 2 -

Case 1:25-cv-00737-WO-JGM   Document 5   Filed 03/19/26   Page 2 of 2